# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ADRIAN LAMAR HILEY
ADC #132442                                              PLAINTIFF

v.                      No. 5:19-cv-198-DPM

STAN McGHEE, Sheriff, Dallas County;
and DUSTY DODSON, Jail Administrator,
Dallas County Sheriff Department                         DEFENDANTS

## ORDER

Hiley hasn't responded to the recommendation; instead, his mail is now being returned undelivered. № 9. Unopposed recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hiley's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2019