IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADRIAN LAMAR HILEY
ADC #132442                                                              PLAINTIFF

v.                          No. 5:19-cv-198-DPM

STAN McGHEE, Sheriff, Dallas County;
and DUSTY DODSON, Jail Administrator,
Dallas County Sheriff Department                                         DEFENDANTS

## JUDGMENT

Hiley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2019